IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Mustafa Waffi,<br>    Petitioner,<br><br>v.<br><br>Mary Loiselle, et al.,<br>    Respondents. | )<br>)<br>)<br>)    1:07cv742 (LMB/BRP)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Mustafa Waffi's petition for a writ of habeas corpus (Docket # 1) be and is GRANTED IN PART; and it is further

ORDERED that this matter be and is REMANDED to the Immigration Court in Arlington, Virginia for the limited purpose of providing petitioner Waffi with an individualized bond hearing within thirty (30) days of the date of this Order. The Immigration Judge is to determine, based on the standard set forth in section 236(a) of the INA, whether, and under what conditions, petitioner may be released from custody pending the resolution of his appeal before the BIA.

The Clerk is directed to send copies of this Order to counsels of record and to the Honorable Paul W. Schmidt of the United States Immigration Court in Arlington, Virginia.

Entered this 19th day of December 2007.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge